UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JULIO CESAR SILVA RODRIGUEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 5:26-cv-04426-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is denied and dismissed without prejudice.

Dated: **AUGUST 11, 2026**

JOHN D. EARLY
United States Magistrate Judge